PER CURIAM.
Affirmed. See Melvin v. State, 645 So.2d 448 (Fla.1994); Novaton v. State, 634 So.2d 607, 608 (Fla.1994), and cases cited, approving, 610 So.2d 726, 728 (Fla. 3d DCA 1992), and cases cited; White v. State, 644 So.2d 174 (Fla. 3d DCA 1994); Bryant v. State, 644 So.2d 513 (Fla. 5th DCA 1994), review denied, 654 So.2d 130 (Fla.1995); Keaton v. Steinmeyer, 568 So.2d 60 (Fla. 1st DCA 1990); Madrigal v. State, 545 So.2d 392 (Fla. 3d DCA 1989); Whitchard v. State, 459 So.2d 439 (Fla. 3d DCA 1984); Clem v. State, 462 So.2d 1134 (Fla. 4th DCA 1984).